UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PRESTON HOLLOW CAPITAL LLC,

                          Plaintiff,


                                                    22-mc-308 (PKC)


             -against-                              ORDER


NUVEEN ASSET MANAGEMENT LLC, et al.,

                          Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

             On August 31, 2022, in the Western District of Texas, Preston Hollow Capital

LLC moved to compel non-party the Bojorquez Law Firm, PC to produce certain documents.

(ECF 1).  The case was transferred to this District and referred to U.S. Magistrate Judge Cott.

(ECF 12).  Judge Cott issued an Opinion and Order granting the motion to compel in part and

denying the motion to compel in part.  (ECF 28).  On March 10, 2023, the Bojorquez Law Firm,

PC provided notice that it had complied with the Opinion and Order.  (ECF 29).  No filings have

been made thereafter.  The Clerk of Court is respectfully requested to close the case.

             SO ORDERED.


                                              P. Kevin Castel
                                        United States District Judge


Dated: New York, New York
       April 4, 2024